**Order entered July 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00552-CV

### WWLC INVESTMENT, L.P., Appellant

### V.

### SORAB MIRAKI, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. NO. 471-06552-2019**

## ORDER

The Court has instructed the parties to file, by July 9, 2021, letter briefs explaining why this appeal is not now moot in light of the recent opinion by the Texas Supreme Court in *WWLC Investment, L.P. v. Sorab Maraki*, No. 20-0173, 2021 WL 2483765 (Tex. June 18, 2021). Before the Court is appellant's July 8, 2021 motion for an extension of time to file its letter brief. We **GRANT** the motion and extend the time to **July 23, 2021**.

/s/    KEN MOLBERG
        JUSTICE